Adam Hosmer-Henner, Esq. (NSBN 12779)
Jane Susskind, Esq. (NSBN 15099)
**McDONALD CARANO LLP**
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

*Attorneys for Defendant*
*Elys Game Technology, Corp.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR J. SALERNO, an individual; ROBERT KOCIENSKI, an individual; ROBERT WALKER, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> ELYS GAME TECHNOLOGY, CORP., a Delaware corporation; BOOKMAKERS COMPANY US, LLC d/b/a U.S. Bookmaking, a Nevada limited liability company; DOES I though X, inclusive; and ROE ENTITIES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:22-CV-01165-GMN-VCF <br><br> **SUBSTITUTION OF COUNSEL** |

Notice is hereby given that Defendant Elys Game Technology Corporation substitutes Adam Hosmer-Henner and Jane Susskind of the law firm of McDonald Carano, LLP, 100 West Liberty Street, Tenth Floor, Reno, Nevada, as counsel for Defendant Elys Game Technology Corporation in the above-captioned matter in the place and stead of F. Thomas Edwards, David Edelblute and Jessica Lujan of the law firm of Holley Driggs, 400 South Fourth Street, Third Floor, Las Vegas, Nevada 89101. Counsel request that copies of all notice, pleadings, and documents be served upon them via the Court's electronic filing system at their e-mail addresses of: ahosmerhenner@mcdonaldcarano.com and jsusskind@mcdonaldcarano.com.

//

//

Defendant Elys Game Technology, Corp. authorizes and consents to the above substitution.

Dated: 8/8/22

ELYS GAME TECHNOLOGY, CORP.

By: _____

Its: Chair of Special Committee of the Board

F. Thomas Edwards of the law firm of Holley Driggs hereby agrees to the substitution of the law firm of McDonald Carano LLP as counsel for Elys Game Technology, Corp. in the place and stead of the law firm of Holley Driggs.

Dated: 8/9/22

HOLLY DRIGGS

By: _____

F. Thomas Edwards, Esq. (NSBN 9549)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

I am an attorney with McDonald Carano LLP and have been duly admitted to practice law in the State of Nevada and this Court. Defendant Elys Game Technology, Corp. has retained McDonald Carano LLP as its counsel of record in the place and stead of Holley Driggs, which representation and substitution is hereby acknowledged and accepted. I hereby acknowledge responsibility for all pending dates and deadlines.

Dated: 8/9/22

McDONALD CARANO LLP

By: _____
Adam Hosmer-Henner, Esq. (NSBN 12779)
Jane Susskind, Esq. (NSBN 15099)
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501

*Attorneys for Defendant Elys Game Technology, Corp.*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge
DATED 8-19-2022

4894-3144-1709, v. 1