**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

| | |
|---|---|
| VICTOR J. SALERNO, an individual; ROBERT KOCIENSKI, an individual; ROBERT WALKER, an individual, <br><br> Plaintiff(s), <br><br> v. <br><br> ELYS GAME TECHNOLOGY, CORP., a Delaware corporation; BOOKMAKERS COMPANY US LLC dba U.S. BOOKMAKING, a Nevada limited liability company; DOES I through X, inclusive; and ROE ENTITIES 1 through 10, inclusive, <br><br> Defendant(s). | 2:22-cv-01165-GMN-VCF <br><br> **ORDER** |

Before the Court is the motion for order authorizing Lynch Law Practice, PLLC to withdraw as counsel for defendant Bookmakers Company US LLC (ECF No. 19).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the motion for order authorizing Lynch Law Practice, PLLC to withdraw as counsel for defendant Bookmakers Company US LLC (ECF No. 19), is scheduled for 11:00 AM, October 20, 2022, in Courtroom 3D, Lloyd D. George federal courthouse, United States District Court, 333 Las Vegas Blvd. S., Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED that an officer, director, or managing agent must appear in person for the scheduled hearing.

DATED this 30th day of August 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1